FRANK HAZELTON, Respondent, *v.* HARRY N. KELLEY, Appellant.

(Argued October 11, 1934; decided October 26, 1934.)

*P. C. Dugan* and *Kenneth J. Dugan* for appellant.
*Sheridan P. Wait* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.